# EXHIBIT A

Case 1:17-cv-03992-JPO    Document 1-1    Filed 05/26/17    Page 1 of 2

