# EXHIBIT B

Registration Number
**\*-APPLICATION-\***

## Title

Title of Work: Rudkowski_Berkeley Riot, 4-15-17.mov

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: April 15, 2017
Nation of 1st Publication: United States

## Author

- Author: Lukasz Rudkowski
Author Created: entire motion picture
Work made for hire: No
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Lukasz Rudkowski
PO Box 140492, Brooklyn, NY, 11214, United States

## Certification

Name: Richard Liebowitz
Date: April 24, 2017