# Akin Gump
STRAUSS HAUER & FELD LLP

**DOUGLASS B. MAYNARD**
Partner & General Counsel
+1 212.872.8075/fax: +1 212.872.1002
dmaynard@akingump.com

June 19, 2017

**VIA ECF**

Hon. J. Paul Oetken
United States Courthouse
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Rudkowski v. Capitol Hill Publishing Corp.*
              Case No. 1:17-cv-03992-JPO

Dear Judge Oetken:

      We represent defendant Capitol Hill Publishing Corp. in the in the above-captioned matter. Pursuant to Section 3(C) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter motion requesting that the time for Capitol Hill to answer, move or otherwise respond to the complaint be extended by 30 days.

      Capitol Hill's response is currently due on June 29, 2017 (based on a June 8, 2017 date of service). Capitol Hill respectfully seeks to extend the response date to July 31, 2017.

      There have been no previous requests for adjournment or extension of this case. All parties consent to this 30-day extension.

                                          Respectfully Submitted,

                                          Douglass B. Maynard

cc: Richard Liebowitz, Esq. (via ECF)