# Akin Gump
## STRAUSS HAUER & FELD LLP

**DOUGLASS B. MAYNARD**
Partner & General Counsel
+1 212.872.8075/fax: +1 212.872.1002
dmaynard@akingump.com

July 26, 2017

**VIA ECF**

Hon. J. Paul Oetken
U.S. District Judge, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Rudkowski v. Capitol Hill Publishing Corp.*
               Case No. 1:17-cv-03992-JPO

Dear Judge Oetken:

    We represent Defendant Capitol Hill Publishing Corp. in the in the above-captioned matter. Pursuant to Section 3(C) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter motion requesting that the time for Capitol Hill to answer, move, or otherwise respond to the complaint be extended by an additional 14 days so that the parties can continue to discuss a possible resolution.

    Capitol Hill's response was originally due on June 29, 2017. On June 21, 2017, the Court granted Capitol Hill's request for a 30-day extension of the deadline to July 31, 2017. Capitol Hill respectfully seeks to extend the response date to August 14, 2017.

    There has been one previous request for adjournment or extension of this case. All parties consent to this 14-day extension.

                                  Respectfully Submitted,

                                    Douglass B. Maynard

cc: Richard Liebowitz, Esq. (via ECF)