

**DOUGLASS B. MAYNARD**
Partner & General Counsel
+1 212.872.8075/fax: +1 212.872.1002
dmaynard@akingump.com

August 14, 2017

**VIA ECF**
Hon. J. Paul Oetken
U.S. District Judge, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Rudkowski v. Capitol Hill Publishing Corp.*
               Case No. 1:17-cv-03992-JPO

Dear Judge Oetken:

      We represent Defendant Capitol Hill Publishing Corp. in the in the above-captioned matter. Pursuant to Section 3(C) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter motion requesting an extension of time for Capitol Hill to answer, move, or otherwise respond to the complaint.

      The parties have been engaged in discussions to see if this case can be resolved. While no final resolution has yet been reached, the parties have agreed, subject to the Court's approval, that Plaintiff Rudkowski will file an amended complaint by August 18, 2017 and Capitol Hill will answer, move or otherwise respond to the amended complaint by September 1, 2017.

      There have been two previous requests for adjournment or extension of this case. Capitol Hill's response was first due on June 29, 2017. On June 21, 2017, the Court granted Capitol Hill's request for a 30-day extension of the deadline to July 31, 2017. On July 27, 2017, the Court granted Capitol Hill's request for a 14-day extension of the deadline to August 14, 2017.

      All parties consent to this extension to allow Plaintiff Rudkowski to file an amended complaint, and Capitol Hill to respond 14 days later.

                                                   Respectfully Submitted,

                                                   */s/ Douglass B. Maynard*

                                                   Douglass B. Maynard

cc: Richard Liebowitz, Esq. (via ECF)