# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-046-837**

**Effective Date of Registration:**
April 24, 2017

## Title
- **Title of Work:** Rudkowski_Handicap Senior Citizen (3.3 sec) - 4.15.17.mov

## Completion/Publication
- **Year of Completion:** 2017
- **Date of 1st Publication:** April 15, 2017
- **Nation of 1st Publication:** United States

## Author
- **Author:** Lukasz Rudkowski
- **Author Created:** entire motion picture
- **Work made for hire:** No
- **Domiciled in:** United States

## Copyright Claimant
- **Copyright Claimant:** Lukasz Rudkowski
  PO Box 140492, Brooklyn, NY, 11214, United States

## Certification
- **Name:** Richard Liebowitz
- **Date:** April 24, 2017

---

- **Correspondence:** Yes
- **Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per request received on 8/8/17 due to prospective litigation. Registration decision and certificate issued on 8/10/17.