Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

October 2, 2017

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Rudkowski v. Capitol Hill Publishing Corp. (1:17-cv-03992-JPO)*

Dear Judge Oetken,

We represent Plaintiff, Lukasz Rudkowski, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Lukasz Rudkowski*