Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

October 29, 2017

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Rudkowski v. Capitol Hill Publishing Corp. (1:17-cv-03992-JPO)*

Dear Judge Oetken,

We represent Plaintiff, Lukasz Rudkowski, in the above in-captioned case. The parties are still diligently finalizing the terms of the settlement agreement and respectfully request an additional (30) days from today's date to re-open the case if the parties have not submitted their final Notice of Dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Lukasz Rudkowski*