UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL HILL PUBLISHING CORP. <br><br> Defendant. | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)) <br><br> Case No.: 1:17-cv-3992-JPO |

IT IS HEREBY STIPULATED between Plaintiff Lukasz Rudkowski and Defendant Capitol Hill Publishing Corp. that the above case should be discontinued and dismissed with prejudice.

_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 11-15-17
*Attorneys for Plaintiff Lukasz Rudkowski*

_____
Douglass B. Maynard
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York
Tel: (212) 872-1000
Dmaynard@akingump.com

Dated: 11·9·17
*Attorneys for Defendant Capitol Hill Publishing Corp.*

SO ORDERED:

November 15, 2017

_____
J. PAUL OETKEN
United States District Judge

6